Steve W. Berman (*pro hac vice* pending)
Ari Y. Brown (*pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
*steve@hbsslaw.com*
*ari@hbsslaw.com*
         -and-
Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
*jefff@hbsslaw.com*

*Counsel for Plaintiffs Maria and Romualdo Ronquillo,
Adriana and Mark Scotti, and Monty Earl*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MICHAEL BALERO, MICHAEL BALLERINI, and LISA MILLER, on their own behalf and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation and DOES ONE through TEN inclusive,<br><br>                              Defendant. | Case No. 3:15-cv-01005-EMC<br><br><u>CLASS ACTION</u><br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

ADMINISTRATION MOTION TO RELATE CASES

1    **TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD**:

2    　　　PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-12, Plaintiffs Maria and

3    Romualdo Ronquillo, Adriana and Mark Scotti, and Monty Earl submit this administrative motion for

4    the Court to deem *Ronquillo v. Lumber Liquidators, Inc.*, No. 3:15-cv-01209-KAW (N.D. Cal.) related

5    to *Balero v. Lumber Liquidators, Inc.*, No. 3:15-cv-1005-EMC (N.D. Cal.).  *Balero* was filed in

6    Alameda County Superior Court on December 11, 2014, and was removed to this Court on March 4,

7    2014.  *Ronquillo* was filed on March 13, 2015.  On March 11, 2015, this Court found two other cases

8    related to the *Balero* action:  *Conte v. Lumber Liquidators, Inc.*, No. 15-cv-01012-EMC and *Ezovsky v.*

9    *Lumber Liquidators, Inc.*, No. 15-cv-01074-EMC.

10   　　　Under Local Rule 3-12, cases are related when:  "(1) The actions concern substantially the same

11   parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome

12   duplication of labor and expense or conflicting results if the cases are conducted before different

13   Judges."  L.R. 3-12(a).  Both criteria are satisfied.

14   　　　The *Ronquillo* case is related to the *Balero* case because they involve substantially the same

15   parties and concern all or a material part of the same subject matter.  The cases are brought against the

16   same defendant, Lumber Liquidators, Inc., and the cases are all brought by proposed classes of persons

17   who purchased Lumber Liquidators' laminate flooring products, which allegedly contain excessive

18   levels of formaldehyde.  The cases assert the same or substantially similar causes of action; for example,

19   plaintiffs in both cases assert claims for violations of the California Unfair Competition Law, Cal. Bus.

20   & Prof. Code §§ 17200, *et seq.* (*Balero* Compl. ¶¶ 75-100; *Ronquillo* Compl. ¶¶ 114-126); California's

21   False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.* (*Balero* Compl. ¶¶ 101-107; *Ronquillo*

22   Compl. ¶¶ 127-132); the Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq.* (*Balero*

23   Compl. ¶¶ 108-117; *Ronquillo* Compl. ¶¶ 133-140); and Breach of Express Warranty (*Balero* Compl.

24   ¶¶ 118-125; *Ronquillo* Compl. Count VIII).

25   　　　The *Balero* and *Ronquillo* cases are likely to require the determination of the same or similar

26   questions of law and fact and thus call for substantially similar or duplicative discovery.  Accordingly, a

27   substantial duplication of labor is likely if the cases were to proceed before different judges.

28   Assignment of these cases to a single District Judge will conserve judicial resources and promote

ADMINISTRATION MOTION TO RELATE CASES - 1

1   efficient determination of the actions.  Because each of the cases is in the preliminary stages of

2   litigation, assignment to a single judge will not prejudice any of the parties.

3          Because the cases concern substantially the same parties and events and conducting the cases

4   before different judges is likely to result in duplication of labor and conflicting results, Plaintiffs

5   respectfully request that the Court relate *Ronquillo v. Lumber Liquidators, Inc.* to *Balero v. Lumber*

6   *Liquidators, Inc.*

7

8          DATED:  March 16, 2015          HAGENS BERMAN SOBOL SHAPIRO LLP

9
                                           By _____/s/ Jeff D. Friedman_____
10                                             Jeff D. Friedman, Cal. Bar No. 173886
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
11                                         715 Hearst Avenue, Suite 202
                                           Berkeley, CA 94710
12                                         Telephone:  (510) 725-3000
                                           Facsimile:  (510) 725-3001
13                                         *jefff@hbsslaw.com*

14
                                           Steve W. Berman
15                                         Ari Y. Brown
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
16                                         1918 Eighth Avenue, Suite 3300
                                           Seattle, WA  98101
17                                         Telephone: (206) 623-7292
                                           Facsimile: (206) 623-0594
18                                         *steve@hbsslaw.com*
                                           *ari@hbsslaw.com*
19

20                                         *Attorneys for Plaintiffs Maria and Romualdo Ronquillo,*
21                                         *Adriana and Mark Scotti, and Monty Earl*

22

23

24

25

26

27

28

ADMINISTRATION MOTION TO RELATE CASES - 2

010503-11  765958 V1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION**

I, Jeff D. Friedman, declare as follows:

1.      I am a member in good standing of the Bar of the State of California and a partner in the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record for plaintiffs in *Ronquillo v. Lumber Liquidators, Inc.*, Case No. No. 3:15-cv-01209-KAW.  I make this declaration based on my personal knowledge, and if called to testify to the contents, I could and would competently do so.

2.      A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because defendant in this action has not yet appeared in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th of March, 2015 at Berkeley, California.


By _____/s/ Jeff D. Friedman_____
             JEFF D. FRIEDMAN

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.


/s/ Jeff D. Friedman
JEFF D. FRIEDMAN

ADMINISTRATION MOTION TO RELATE CASES - 4

010503-11  765958 V1