United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY IRVING, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-01235-KAW<br><br>**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber Liquidators, Inc.*, 15-cv-01005-JST.

　　　　IT IS SO ORDERED.

Dated: March 19, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge