*E-Filed: April 1, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILA WASHINGTON; et al., | No. C15-01475 HRL |
| Plaintiffs, v. | **ORDER REFERRING CASE TO JUDGE TIGAR FOR RELATED CASE DETERMINATION** |
| LUMBER LIQUIDATORS, INC., | |
| Defendant. | |

The instant action is hereby referred to the judge presiding over *Balero v. Lumber Liquidators, Inc.*, No. C15-01005 JST; , for a determination as to whether the cases are related within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: April 1, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE