UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILBUR JEFFRIES,

    Plaintiff,

  v.

LUMBER LIQUIDATORS HOLDINGS, INC., et al.,

    Defendants.

Case No. 15-cv-01490-EDL

**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to Balero v. Lumber Liquidators, Inc., 15-cv-01005-JST.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge