United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

VALERIE CHAVEZ, et al.,

Plaintiffs,

8

v.

9

10

LUMBER LIQUIDATORS, INC.,

Defendant.

11

Case No.  15-cv-01887-KAW

**JUDICIAL REFERRAL FOR THE
PURPOSES OF DETERMINING
RELATIONSHIP**

12

13       Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber*

15   *Liquidators, Inc.,* 15-cv-01005-JST.

16       IT IS SO ORDERED.

17   Dated: April 28, 2015

18
                                         KANDIS A. WESTMORE
19                                       United States Magistrate Judge

20

21

22

23

24

25

26

27

28